GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*Pro Hac Vice* Application Pending)
osnyder@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

THEANE EVANGELIS KAPUR, SBN 243570
tkapur@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
Starbucks Corporation

FILED
2009 DEC 10 PM 1:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Carly E. Simon,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Starbucks Corporation,<br><br>　　　　　Defendant. | CASE NO. CV09-09074 GW PLAx<br><br>Defendant Starbucks Corporation's Corporate Disclosure Statement |

Gibson, Dunn &
Crutcher LLP

The undersigned counsel of record for Starbucks Corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that Starbucks Corporation ("Starbucks") offers shares of stock to the public under the symbol "SBUX." Starbucks has no parent corporation and no publicly held corporation owns 10% or more of its stock. FMR LLC, a privately-held entity, beneficially owns 10% or more of Starbucks' stock.

DATED: December 10, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
Theane Evangelis Kapur
Attorneys for Defendant Starbucks Corporation