GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*Pro Hac Vice* Application Pending)
osnyder@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

THEANE EVANGELIS KAPUR, SBN 243570
tkapur@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
Starbucks Corporation

FILED 2009 DEC 10 PM 1:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Carly E. Simon,

    Plaintiff,

v.

Starbucks Corporation,

    Defendant.

CASE NO. CV09-09074 GW PLAx

PROOF OF SERVICE OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 AND RELATED DOCUMENTS

Gibson, Dunn & Crutcher LLP

COPY — Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Christina Perez, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On December 10, 2009, I served the following document(s):

1. CIVIL CASE COVER SHEET

2. DEFENDANT STARBUCKS CORPORATION'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441

3. DEFENDANT STARBUCKS CORPORATION'S CERTIFICATE OF INTERESTED PARTIES

4. DEFENDANT STARBUCKS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

on the parties stated below:

| David W. Shapiro | Philip M. Bowman |
| Boies Schiller & Flexner, LLP | Boies Schiller & Flexner, LLP |
| 1999 Harris Street, Suite 610 | 575 Lexington Avenue, 7th Floor |
| Oakland, CA 94612 | New York, NY 10022 |

by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

☒ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY ELECTRONIC MAIL**: I caused each such document to be transmitted by electronic mail to the parties and electronic mail addresses indicated above.

☐ **BY ELECTRONIC MAIL:** I caused each such document to be transmitted by electronic mail to the parties and electronic mail addresses indicated above.

☐ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

I am employed in the office of Theane Evangelis Kapur, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2009 at Los Angeles, California

_____
Christina Perez