GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*Pro Hac Vice* Application Pending)
osnyder@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

THEANE EVANGELIS KAPUR, SBN 243570
tkapur@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLY E. SIMON,<br><br>    Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | CASE NO. CV09-09074 GW (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT STARBUCKS CORPORATION TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  November 12, 2009<br><br>Removal Date:  December 10, 2009<br><br>Current Response Date:  December 17, 2009 (Fed. R. Civ. Proc. 81(c))<br><br>New Response Date:  January 15, 2010 |

Gibson, Dunn &
Crutcher LLP

Defendant Starbucks Corporation ("Starbucks" or "Defendant") and Plaintiff Carly Simon ("Simon" or "Plaintiff") hereby stipulate pursuant to Local Rule 8-3 to extend the time for Starbucks to answer or otherwise respond to Plaintiff's complaint to and including January 15, 2010.

1. Starbucks was served with the complaint on November 12, 2009.

2. On December 10, 2009, Starbucks removed the action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Starbucks' responsive pleading or motion to dismiss the complaint is currently due on December 17, 2009.

4. The parties agree and stipulate that Starbucks' time to answer or otherwise respond to the complaint shall be extended to January 15, 2010.

DATED: December 11, 2009

Theane Evangelis Kapur

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Theane Evangelis Kapur

Attorneys for Defendant,
Starbucks Corporation

DATED: December 11, 2009

Jeremy M. Goldman

BOIES, SCHILLER & FLEXNER LLP

By: _____
    Jeremy M. Goldman

Attorneys for Plaintiff,
Carly Simon

Gibson, Dunn &
Crutcher LLP