**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carly E. Simon, <br><br> Plaintiff <br><br> v. <br><br> Starbucks Corporation, <br><br> Defendant. | CASE NUMBER <br><br> CV09-09074 GW (PLAx) <br><br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT <br> ATTORNEY TO APPEAR IN A SPECIFIC <br> CASE |

The Court, having reviewed the accompanying Application of _____Orin Snyder_____ ,
<em>Applicant's Name</em>

of _____Gibson Dunn & Crutcher, LLP, 200 Park Avenue, 47th Floor New York, New York 10166-0193_____
<em>Firm Name / Address</em>

_____(212) 351-4000_____          _____osnyder@gibsondunn.com_____
<em>Telephone Number                              E-mail Address</em>

for permission to appear and participate in the above-entitled action on behalf of _____Defendant_____

_____Starbucks Corporation_____

and the designation of _____Theane Evangelis Kapur, SBN 243570_____
<em>Local Counsel Designee /State Bar Number</em>

of _____Gibson Dunn & Crutcher, LLP, 333 South Grand Avenue, Los Angeles, California, 90071-3197_____
<em>Local Counsel Firm / Address</em>

_____(213) 229-7000_____          _____tkapur@gibsondunn.com_____
<em>Telephone Number                              E-mail Address</em>

as local counsel, hereby **ORDERS** the Application be:


X GRANTED
☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  December 16, 2009

_____
GEORGE H. WU, U. S. District Judge