Name and address:

Philip M. Bowman
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carly Simon | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV09-09074 GW (PLAx) |
| v. | |
| Starbucks Corporation | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Philip M. Bowman                                  , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant:
Carly Simon                              by whom I have been retained.

My *out-of-state* business information is as follows:
Boies, Schiller & Flexner, LLP
*Firm Name*

575 Lexington Avenue, 7th Floor
*Street Address*

New York, New York, 10022                      pbowman@bsfllp.com
*City, State, Zip*                                  *E-Mail Address*

(212) 446-2300                                (212) 446-2350
*Telephone Number*                            *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court Southern District of New York | 4/16/2002 |
| U.S. District Court Eastern District of New York | 4/16/2002 |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Jeremy M. Goldman  as local counsel, whose business information is as follows:

Boies, Schiller & Flexner, LLP
*Firm Name*

1999 Harrison Street, Suite 900
*Street Address*

Oakland, California, 94612          jgoldman@bsfllp.com
*City, State, Zip*                               *E-Mail Address*

(510) 874-1000                            (510) 874-1460
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  12/18/2009                         Philip M. Bowman
                                         *Applicant's Name (please print)*
                                         *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  12/22/2009                        Jeremy M. Goldman
                                         *Designee's Name (please print)*
                                         *Designee's Signature*
                                         218888
                                         *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**