**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Carly Simon | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV09-09074 GW (PLAx) |
| v. | |
| Starbucks Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____**Philip M. Bowman**_____,
<i>Applicant's Name</i>

of ___Boies, Schiller & Flexner, LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022___
<i>Firm Name / Address</i>

_____(212) 446-2300_____             _____pbowman@bsfllp.com_____
*Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ✓ Plaintiff    Defendant

___Carly Simon___

and the designation of _____Jeremy M. Goldman / SBN – 218888 (CA)_____
<i>Local Counsel Designee /State Bar Number</i>

of ___Boies, Schiller & Flexner, LLP, 1999 Harrison Street, Oakland, California, 94612___
<i>Local Counsel Firm / Address</i>

_____(510) 874-1000_____             _____jgoldman@bsfllp.com_____
*Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____     _____
                                                                U. S. District Judge/U.S. Magistrate Judge