# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carly Simon<br><br>Plaintiff(s),<br>v.<br>Starbucks Corporation<br><br>Defendant(s). | CASE NUMBER<br>CV09-09074 GW (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Philip M. Bowman__,
*Applicant's Name*

of __Boies, Schiller & Flexner, LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022__
*Firm Name / Address*

__(212) 446-2300__                                                              __pbowman@bsfllp.com__
*Telephone Number*                                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ✓ Plaintiff ☐ Defendant

__Carly Simon__

and the designation of __Jeremy M. Goldman / SBN – 218888 (CA)__
*Local Counsel Designee /State Bar Number*

of __Boies, Schiller & Flexner, LLP, 1999 Harrison Street, Oakland, California, 94612__
*Local Counsel Firm / Address*

__(510) 874-1000__                                                              __jgoldman@bsfllp.com__
*Telephone Number*                                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated December 24, 2009

*[signature]*

George H. Wu, U. S. District Judge

G–64 ORDER (01/08)     **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**