1  GIBSON, DUNN & CRUTCHER LLP
2  ORIN SNYDER (*Pro Hac Vice* Application Pending)
   osnyder@gibsondunn.com
3  200 Park Avenue, 47th Floor
   New York, New York 10166-0193
4  Telephone: (212) 351-4000
   Facsimile: (212) 351-4035
5
6  THEANE EVANGELIS KAPUR, SBN 243570
   tkapur@gibsondunn.com
7  KATIE TOWNSEND, SBN 254321
   ktownsend@gibsondunn.com
8  333 South Grand Avenue
   Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
9  Facsimile: (213) 229-7520
10 Attorneys for Defendant,
   Starbucks Corporation
11

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                    WESTERN DIVISION
15

16 CARLY E. SIMON,                    CASE NO. CV09-09074 GW (PLAx)

17          Plaintiff,                DECLARATION OF CRAIG
                                      RUSSELL IN SUPPORT OF
18     v.                             DEFENDANT STARBUCKS
                                      CORPORATION'S RETURN TO THE
19 STARBUCKS CORPORATION,             COURT'S JANUARY 7, 2010 ORDER
                                      TO SHOW CAUSE
20          Defendant.
                                      Date:    February 8, 2010
21                                    Time:    8:30 a.m.
                                      Place:   Courtroom 10
22                                    Judge:   Hon. George H. Wu
23
24
25
26
27
28

DECLARATION IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S RETURN TO
THE COURT'S JANUARY 7, 2010 ORDER TO SHOW CAUSE

## DECLARATION OF CRAIG RUSSELL

I, Craig Russell, declare:

1.     I am Senior Vice President of Store Services for Starbucks Corporation ("Starbucks"). My office is located at Starbucks' corporate headquarters in Seattle, Washington. Based on my position I am familiar with Starbucks' corporate structure, operations, workforce distribution, and general business affairs..

2.     I make this declaration in support of Starbucks' Return to the Court's January 7, 2010 Order to Show Cause. I have personal knowledge of the facts set forth in this declaration by virtue of my employment and based on my review of the books and records maintained by Starbucks in the ordinary course of its business. If called as a witness, I could and would testify competently thereto.

3.     Starbucks is a corporation organized under the laws of the State of Washington. Starbucks maintains its corporate headquarters at 2401 Utah Avenue South, Seattle, Washington 98134. Starbucks' executive officers, including the chairman, president, chief financial officer, executive vice-presidents, and general counsel, maintain their offices at this location.

4.     Starbucks' administrative, executive, and decision-making functions occur at, and are controlled from, its headquarters in Seattle, Washington. From that location, Starbucks makes and implements company-wide operating, distribution, financial, employee relations, marketing development, customer care, accounting, income tax, treasury, and legal policy decisions.

5.     Meetings of Starbucks' Board of Directors and stockholders take place in the State of Washington.

6.     Starbucks' financial records are maintained in the State of Washington.

7.     Starbucks' tax returns are filed from the State of Washington.

8.     Starbucks is a premier roaster and retailer of specialty coffee with a nationwide and worldwide presence. In addition to the United States, Starbucks

1

**DECLARATION IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S RETURN TO THE COURT'S JANUARY 7, 2010 ORDER TO SHOW CAUSE**

1   operates retail stores in 50 countries, including Canada, Japan, and the United
2   Kingdom.
3       9.      Starbucks has retail stores in all 50 U.S. states and the District of
4   Columbia.  Starbucks has at least 50 retail stores in 25 different states and more than
5   1,000 employees in 29 different states.
6       10.     I have reviewed the records reflecting the number and distribution of
7   Starbucks' company-operated and licensed retail stores by state in the United States.
8   As of January 22, 2010, there were a total of 10,762 Starbucks-operated and licensed
9   retail stores in the United States.  There are 2,357 Starbucks-operated and licensed
10  retail stores in California.  There are 809 licensed or company-operated stores in
11  Texas, and 490 in New York.
12      11.     I have reviewed the records reflecting the number and distribution of
13  Starbucks' partners in the United States.  As of December 31, 2009, Starbucks
14  employed approximately 108,768 individuals in the United States.  Of those, 28,257
15  are located in California, 10,122 are located in Washington, and 8,194 are located in
16  Texas.
17      12.     I have reviewed the records reflecting Starbucks' revenue by state.  In
18  fiscal year 2009, Starbucks had approximately $7.1 billion in total U.S. net revenue.
19  California, Texas, and New York, were the three states in which Starbucks' stores
20  generated the most revenue in fiscal year 2009.  In fiscal year 2009, 26.63% of
21  Starbucks' total revenue was generated in California, while 6.95% was generated in
22  New York, and 7.18% was generated in Texas.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Gibson, Dunn & Crutcher LLP

2

**DECLARATION IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S RETURN TO THE COURT'S JANUARY 7, 2010 ORDER TO SHOW CAUSE**

13.  Starbucks occupies approximately 2.4 million square feet of total space—including retail and non-retail space—in California, as compared to approximately 2.58 million square feet in Washington.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 25 2010, in Seattle, Washington.

Craig Russell

3

Gibson, Dunn & Crutcher LLP