1  GIBSON, DUNN & CRUTCHER LLP
   ORIN SNYDER (Admitted *Pro Hac Vice*)
2  osnyder@gibsondunn.com
   200 Park Avenue, 47th Floor
3  New York, New York 10166-0193
   Telephone: (212) 351-4000
4  Facsimile: (212) 351-4035

5
   THEANE EVANGELIS KAPUR, SBN 243570
6  tkapur@gibsondunn.com
   KATIE TOWNSEND, SBN 254321
7  ktownsend@gibsondunn.com
   333 South Grand Avenue
8  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
9  Facsimile: (213) 229-7520

10 Attorneys for Defendant,
   Starbucks Corporation

11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                          WESTERN DIVISION
14

15
   CARLY E. SIMON,                      | CASE NO. CV09-09074 GW (PLAx)
16
              Plaintiff,                | **STIPULATION TO CONTINUE THE HEARING ON DEFENDANT STARBUCKS CORPORATION'S MOTION TO DISMISS TO APRIL 1, 2010**
17
          v.
18
   STARBUCKS CORPORATION,               | Complaint Served: November 12, 2009
19
              Defendant.                | Removal Date: December 10, 2009
20
                                        | Current Hearing Date: March 29, 2010
21
                                        | New Hearing Date: April 1, 2010
22

23

24

25

26

27

28

Defendant Starbucks Corporation ("Starbucks" or "Defendant") and Plaintiff Carly Simon ("Simon" or "Plaintiff") hereby stipulate and request that the hearing on Starbucks' Motion to Dismiss be continued to April 1, 2010.

1.    At the February 8, 2010 hearing in this matter, the Court set a March 29, 2010 hearing date for Starbuck's Motion to Dismiss ("Motion"), and ordered all briefing on that Motion completed on or before March 22, 2010.

2.    Because March 29, 2010 falls on Passover, the parties have met and conferred and hereby request that the hearing on Starbucks' Motion to Dismiss be continued to April 1, 2010.

3.    Pursuant to the Court's order that all briefing on Starbucks" Motion to Dismiss be completed on or before March 22, 2010, the parties hereby stipulate and agree to the following briefing schedule:

    a.    Any Motion to Dismiss and/or Motion to Strike Plaintiff's Complaint, or any portion thereof, will be filed by Starbucks on or before March 1, 2010.

    b.    Any Opposition to Starbucks' Motion to Dismiss and/or Motion to Strike Plaintiff's Complaint, or any portion thereof, will be filed by Plaintiff on or before March 15, 2010.

///
///
///
///
///
///
///
///
///
///

**Stipulation To Continue The Hearing On Defendant Starbucks Corporation's Motion To Dismiss To April 1, 2010**

Gibson, Dunn & Crutcher LLP

1           c.     Any Reply in Support of Starbucks' Motion to Dismiss and/or

2           Motion to Strike Plaintiff's Complaint, or any portion thereof, will

3           be filed on or before March 22, 2010.

4

5  DATED:  February 22, 2010     Theane Evangelis Kapur

6                      GIBSON, DUNN & CRUTCHER LLP

7

8                      By:  _____/s/_____

9                          Theane Evangelis Kapur

10                    Attorneys for Defendant,
Starbucks Corporation

11

12  DATED:  February 22, 2010     Philip Bowman

13                      BOIES, SCHILLER & FLEXNER LLP

14

15                      By:  _____/s/_____

16                          Philip Bowman

17                    Attorneys for Plaintiff,
Carly Simon

**Stipulation To Continue The Hearing On Defendant Starbucks Corporation's Motion To Dismiss To April 1, 2010**