UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**, | CASE NO. CV09-09074 GW (PLAx) |
| Plaintiff, | **ORDER CONTINUING THE HEARING ON DEFENDANT STARBUCKS CORPORATION'S MOTION TO DISMISS TO APRIL 1, 2010** |
| v. | |
| **STARBUCKS CORPORATION**, | |
| Defendant. | |

The Court, having reviewed the stipulation submitted by Plaintiff Carly E. Simon ("Plaintiff") and Defendant Starbucks Corporation ("Starbucks"), hereby **ORDERS** as follows:

The hearing date on Starbucks Motion to Dismiss and/or Motion to Strike Plaintiffs' Complaint, or any portion thereof, is hereby continued to April 1, 2010.

The briefing schedule for Starbucks Motion to Dismiss and/or Motion to Strike Plaintiffs' Complaint, or any portion thereof, will be as follows:

1. Any Motion to Dismiss and/or Motion to Strike Plaintiff's Complaint, or any portion thereof, will be filed by Starbucks on or before March 1, 2010.
2. Any Opposition to Starbucks' Motion to Dismiss and/or Motion to Strike Plaintiff's Complaint, or any portion thereof, will be filed by Plaintiff on or before March 15, 2010.
3. Any Reply in Support of Starbucks' Motion to Dismiss and/or Motion to Strike Plaintiff's Complaint, or any portion thereof, will be filed on or before March 22, 2010.

Dated: February 23, 2010 _____

U. S. District Judge Hon. George H. Wu