GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (Admitted *Pro Hac Vice*)
osnyder@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

THEANE EVANGELIS KAPUR, SBN 243570
tkapur@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBUCKS CORPORATION**, <br><br> Defendant. | CASE NO. CV09-09074 GW (PLAx) <br><br> **DEFENDANT STARBUCKS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> [Supporting Memorandum of Points and Authorities and Declaration of Katie Townsend Filed Concurrently Herewith] <br><br> Date: April 1, 2010 <br> Time: 8:30 a.m. <br> Place: Courtroom 10 <br> Judge: Hon. George H. Wu |

Gibson, Dunn & Crutcher LLP

**Defendant Starbucks Corporation's Notice Of Motion And Motion To Dismiss Plaintiff's Complaint**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on April 1, 2010, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 10 of the United States District Court, Central District of California, Western Division, Defendant Starbucks Corporation ("Starbucks") will, and hereby does, move the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint without leave to amend.

This motion is made on the grounds that:

(1)    Plaintiffs' First Cause of Action for "deceit" under California law fails. Plaintiff does not and cannot allege facts sufficient to establish (a) that Starbucks had an affirmative duty to disclose to her facts material to her Agreement with Hear Music, or that (b) she justifiably relied on Starbucks ongoing participation in Hear Music.

(2)    Plaintiffs' Second Cause of Action for "tortious interference with contract" under California law fails because (a) Plaintiff received precisely what she contracted for pursuant to her Agreement with Hear Music, and (b) Plaintiff does not and cannot allege that Starbucks alleged withdrawal from Hear Music made performance of her obligations under her Agreement with Hear Music more costly or burdensome.

(3)    Plaintiffs' Third Cause of Action for violations of California Unfair Competition Law ("UCL"), California Business & Professions Code §§ 17200, *et seq.*, fails. Plaintiff does not and cannot allege facts to establish (a) that she has standing to assert a private UCL claim, (b) that Starbucks engaged in "unlawful" business practices in violation of the UCL, (c) that Starbucks engaged in "fraudulent" business practices in violation of the UCL, (d) that Starbucks engaged in "unfair" business practices in violation of the UCL, (e) or that she is entitled to any form of relief available under the UCL.

This Notice of Motion and Motion are based on the concurrently filed Memorandum of Points and Authorities, any argument of counsel the Court shall wish to entertain, the concurrently filed Declaration of Katie Townsend and exhibits thereto, and all matters of which the Court shall take judicial notice.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which occurred on February 19, 2010.

DATED: February 26, 2010

    Orin Snyder
    GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
    Orin Snyder
    Attorneys for Defendant Starbucks Corporation