UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**, | CASE NO. CV09-09074 GW (PLAx) |
| Plaintiff, | **ORDER CONTINUING THE HEARING ON DEFENDANT STARBUCKS CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT TO JULY 29, 2010** |
| v. | |
| **STARBUCKS CORPORATION**, | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

**[Proposed] Order Continuing The Hearing On Defendant Starbucks Corporation's Motion To Dismiss Plaintiff's Amended Complaint To July 29, 2010**

1      The Court, having reviewed the stipulation submitted by Plaintiff Carly E.
2  Simon ("Plaintiff") and Defendant Starbucks Corporation ("Starbucks"), hereby
3  **ORDERS** as follows:
4      The July 22, 2010 hearing date on Starbucks Motion to Dismiss Plaintiff's
5  Amended Complaint is hereby continued to **July 29, 2010 at 8:30 a.m.**
6
7  Dated: July 9, 2010         _____
8                                GEORGE H. WU, U. S. District Judge

Gibson, Dunn & Crutcher LLP

**[Proposed] Order Continuing The Hearing On Defendant Starbucks Corporation's Motion To Dismiss Plaintiff's Amended Complaint To July 29, 2010**