UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**, | CASE NO. CV09-09074 GW (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER ON NOTICE OF ERRATA AND JOINT STIPULATION TO SUBSTITUTE DOCUMENT** |
| v. | |
| **STARBUCKS CORPORATION**, | |
| Defendant. | |

1  The Court, having reviewed the Notice of Errata and Joint Stipulation to
2  Substitute Document submitted by Plaintiff Carly E. Simon ("Plaintiff") and
3  Defendant Starbucks Corporation ("Starbucks"), hereby **ORDERS** as follows:
4  The true and correct copy of the Declaration of Katie Townsend in Support of
5  Defendant Starbucks Corporation's Motion to Dismiss, or, in the Alternative, to Strike
6  Plaintiff's Complaint, which has been redacted to conceal private information
7  pertaining to Plaintiff and is attached as Exhibit A to the Notice of Errata and
8  Stipulation to Substitute Document, shall be substituted for Document No. 27-2 in the
9  Court record and on CM/ECF as of the date of this Order.

11  Dated:_____     _____
12                              U.S. District Judge Hon. George H. Wu

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER ON NOTICE OF ERRATA AND JOINT STIPULATION TO SUBSTITUTE DOCUMENT