1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**,<br><br>       Plaintiff,<br><br>  v.<br><br>**STARBUCKS CORPORATION**,<br><br>       Defendant. | CASE NO. CV09-09074 GW (PLAx)<br><br>**ORDER ON NOTICE OF ERRATA AND JOINT STIPULATION TO SUBSTITUTE DOCUMENT** |

[PROPOSED] ORDER ON NOTICE OF ERRATA AND JOINT STIPULATION TO SUBSTITUTE DOCUMENT

The Court, having reviewed the Notice of Errata and Joint Stipulation to Substitute Document submitted by Plaintiff Carly E. Simon ("Plaintiff") and Defendant Starbucks Corporation ("Starbucks"), hereby **ORDERS** as follows:

The true and correct copy of the Declaration of Katie Townsend in Support of Defendant Starbucks Corporation's Motion to Dismiss, or, in the Alternative, to Strike Plaintiff's Complaint, which has been redacted to conceal private information pertaining to Plaintiff and is attached as Exhibit A to the Notice of Errata and Stipulation to Substitute Document, shall be substituted for Document No. 27-2 in the Court record and on CM/ECF as of the date of this Order.

Dated: August 31, 2010

U.S. District Judge Hon. George H. Wu

[PROPOSED] ORDER ON NOTICE OF ERRATA AND JOINT STIPULATION TO SUBSTITUTE DOCUMENT