# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9074-GW(PLAx) | Date | October 18, 2010 |
|---|---|---|---|
| Title | *Carly E. Simon v. Starbucks Corporation* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

The Court, on its own motion, continues the time to appear at Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, filed on September 9, 2010, and presently set for October 28, 2010, from 8:30 to **1:30 p.m.**

: 

Initials of Preparer   JG