UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9074-GW(PLAx) | Date | December 3, 2010 |
|---|---|---|---|
| Title | *Carly E. Simon v. Starbucks Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**  **COURT ORDER RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (filed 09/09/10)**

The Court's tentative rulings previously circulated are hereby adopted as the Court's final ruling. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **granted.** Counsel for defendant will file a proposed order forthwith.

:

Initials of Preparer   JG