UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CARLY E. SIMON**, | CASE NO. CV09-09074 GW (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Date: December 2, 2010 |
| **STARBUCKS CORPORATION**, | Time: 8:30 a.m. |
| Defendant. | Place: Courtroom 10 |
| | Judge: Hon. George H. Wu |

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court on December 2, 2010, on Defendant Starbucks Motion to Dismiss Plaintiff's Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having reviewed all papers filed in support of and in opposition to Defendant's Motion, and having considered all arguments of counsel, and the entire record before it,[1] the Court hereby adopts its prior tentative rulings on Defendant's Motion to Dismiss the original complaint, Docket No. 34; Motion to Dismiss Plaintiff's First Amended Complaint, Docket No. 47; and Motion to Dismiss Plaintiff's Second Amended Complaint, Docket Nos. 69 & 70, as the Court's final ruling.

Plaintiff has now had three opportunities to cure these deficiencies in her complaint and has been unable to identify during oral argument or supplemental briefing how she would cure these deficiencies if again given leave to amend. Construing the allegations of the Second Amended Complaint in a light most favorable to Plaintiff, the underlying facts and circumstances relied upon by Plaintiff do not afford a basis for relief, and any additional amendments would be futile.

For the foregoing reasons, the Court hereby ORDERS:

(1) Because Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted against Defendant, Defendant's Motion is hereby GRANTED.

(2) The Second Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

---

[1] In ruling upon Defendant's motion, the Court's review was limited to the face of plaintiff's Second Amended Complaint, documents whose contents were referenced therein, and judicially noticeable matters.

| | |
|---|---|
| Dated:_____ | _____ |
| | U.S. District Judge Hon. George H. Wu |

Submitted by:

GIBSON, DUNN & CRUTCHER LLP

By _____/s/_____

Orin Snyder
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Theane Evangelis Kapur
Katie Townsend
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant*
*Starbucks Corporation*